IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CV369 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STUTE COMPANY, INC., | ) | |
| S.R. LIVESTOCK, INC., | ) | |
| STATE BANK OF BENKELMAN, | ) | |
| NEBRASKA, and A.M. HAHN, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the affirmance and limited remand of the Court of Appeals, and the mandate of that court,

IT IS ORDERED that:

1. The motion for stay (filing 67) and motion attacking the order of sale (filing 63) (referred to in the opinion of the Court of Appeals) are dismissed as moot pursuant to the direction of the Court of Appeals.

2. No later than June 30, 2005, the United States shall advise the undersigned and all other parties whether it wishes the undersigned to grant its motion to vacate and dismiss (filing 74) or whether the United States wishes to withdraw the motion. All other parties shall have 10 days after the government's response to advise the undersigned of their views.

      3.      In the absence of a timely response by the United States, this court will without further notice enter an order finding that the motion by the United States to vacate and dismiss (filing 74) is withdrawn, and this action shall be closed.

May 31, 2005.                                        BY THE COURT:

                                                                               Richard G. Kopf  
                                                                               United States District Judge